UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

STEVEN SCOTT,

      **Plaintiff,**

      v.                                                                                   Case No. 13-CV-1297

**BRODERSEN ENTERPRISES OF WISCONSIN
INC./BRODERSEN MANAGEMENT,
POPEYE'S LOUISIANA KITCHEN - AFC
ENTERPRISES INC.,
and ABC INSURANCE COMPANY,**

      **Defendants.**

---

## DECISION AND ORDER

Plaintiff, Steven Scott, who is proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 along with a petition to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. By order dated November 26, 2013, plaintiff was ordered to forward to the Clerk of Court within twenty-one days, or by December 17, 2013, the sum of $4.31 as an initial partial filing fee in this action. Plaintiff was advised that, upon payment of this fee, the court would determine whether the action can proceed in forma pauperis. To date plaintiff has not paid this partial filing fee. From this failure to pay the initial filing fee this court infers that plaintiff no longer wants to prosecute this action.

      **NOW, THEREFORE, IT IS ORDERED** that this action be and hereby is dismissed without prejudice for failure to prosecute.

**IT IS ALSO ORDERED** that a copy of this order be sent to the warden of the institution where the inmate is confined.

Dated at Milwaukee, Wisconsin, this 31st day of December 2013.

                               s/ Lynn Adelman
                               _____
                               LYNN ADELMAN
                               District Judge

2

Case 2:13-cv-01297-LA   Filed 12/31/13   Page 2 of 2   Document 7