# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**STEVEN DIONNE SCOTT,**

    **Plaintiff,**

    v.                                      Case No. 13-CV-1297

**BRODERSEN ENTERPRISES OF
WISCONSIN INC/BRODERSEN MANAGEMENT
and EMPLOYERS INSURANCE COMPANY OF WAUSAU,**

    **Defendants.**

## ORDER

Plaintiff has filed an amended complaint naming Employers Insurance Company of Wausau as a defendant. Therefore, pursuant to the court's February 26, 2015, Decision and Order, I will direct the United States Marshal Service to serve that defendant.

**THEREFORE, IT IS ORDERED** that the United States Marshal shall serve a copy of the amended complaint (ECF No. 41) and this order upon Employers Insurance Company of Wausau pursuant to Federal Rule of Civil Procedure 4.

**IT IS FURTHER ORDERED** that defendants file an answer to the amended complaint.

Dated at Milwaukee, Wisconsin, this 11th day of March, 2015.

                                            s/ Lynn Adelman
                                            _____
                                            LYNN ADELMAN
                                            District Judge